Edward L. NEWBOLD, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 41400.

Missouri Court of Appeals,
Western District.

Oct. 31, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 2, 1990.

Application to Transfer Denied Feb. 13, 1990.

Robert G. Duncan, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, J., Presiding, and MANFORD and ULRICH, JJ.

ORDER

PER CURIAM:

Appeal from the denial, after an evidentiary hearing, of a Rule 29.15 motion for postconviction relief. A jury convicted Edward L. Newbold of murder in the second degree (§ 565.004, RSMo 1978), and he was sentenced to life imprisonment as a persistent offender (§ 558.016.2, RSMo 1978). The conviction was affirmed by this court in *State v. Newbold,* 731 S.W.2d 373 (Mo.App.1987). The judgment is affirmed. Rule 84.16(b).